**EXHIBIT 2:** INFRINGEMENT #1
URL: http://www.5tjt.com/to-the-editor-should-secular-education-in-religious-schools-be-funded-by-government/

