NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR  Mo Gelber

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mo Gelber,<br><br>Plaintiff(s),<br>v.<br>5 Towns Jewish Times, Inc.,<br><br>Defendant(s) | CASE NUMBER: 124770<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Mo Gelber
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Mo Gelber | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Craig B. Sanders | Counsel for Plaintiff |
| 5 Towns Jewish Times, Inc. | Defendant |

November 1, 2022
Date

/s/ Craig B. Sanders
Signature

Attorney of record for (or name of party appearing in pro per):
Mo Gelber